1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

JOHNNY C. THOMAS,

1:16-cv-00524-EPG (PC)

12

                    Plaintiff,

ORDER GRANTING PLAINTIFF'S MOTION
TO EXTEND TIME TO FILE SECOND
AMENDED COMPLAINT

13

          v.

14

J. LEWIS, et al.,

(ECF No. 19)

15

                    Defendants.

NINETY-DAY DEADLINE

16

ORDER DENYING MOTION TO COMPEL
DISCOVERY

17

(ECF No. 20)

18

19

20

        Johnny C. Thomas ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma*

21

*pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.    Plaintiff filed his initial

22

complaint on April 14, 2016.  (ECF No. 1).   On November 1, 2016, the Court issued an order

23

finding that Plaintiff stated a cognizable claim for deliberate indifference to serious medical needs

24

against a "John Doe" Defendant, an unknown surgeon at Kern Valley State Prison ("KVSP") who

25

removed a cyst from Plaintiff's mouth.  (ECF No. 15.)  The Court also found that service of the

26

First Amended Complaint was not yet appropriate because the John Doe defendant has not yet

27

been identified. (*Id*.)  Therefore, the Court granted Plaintiff ninety days to identify the John Doe

28

1

defendant and stated that Plaintiff may request leave issuance of any third party subpoenas, including on the California Department of Corrections and Rehabilitation ("CDCR"). (*Id*.)

On December 7, 2016, the Court granted Plaintiff's request to issue a subpoena *duces tecum* to be served upon the Litigation Coordinator at Kern Valley State Prison. (ECF No. 17 at 3.)  That order directed the U.S. Marshal's Office to serve the subpoena within 20 days and file a return of service after completion of service. (*Id*.)  The issued subpoena had a compliance date of February 6, 2017 at 5:00 p.m.

On January 17, 2017, Plaintiff filed two motions: 1) a motion to extend time to file a Second Amended Complaint (ECF No. 19); and 2) a motion for an order compelling discovery (ECF No. 20).

The Court finds good cause to grant the motion for an extension of time to file a Second Amended Complaint. (ECF No. 19.)  Plaintiff is granted ninety (90) days from the date of service of this order in which to file a Second Amended Complaint.

As to the motion to compel discovery (ECF No. 20), the Court denies the motion as premature.  The U.S. Marshal has not yet filed a return of service so it is unclear at this point as to whether service has been successfully effectuated.  Even if proof of service had been returned, the subpoena had a compliance date of February 6, 2017.[1]

IT IS SO ORDERED.

Dated:   __**January 24, 2017**__          ____/s/ Erica P. Grosjean____
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] It should be noted that Plaintiff has also requested monetary sanctions in the amount $5,000 for "his reasonable expenses in obtaining this order." (ECF No. 20 at 2.)  While Plaintiff understandably places a high value on the time he used to draft his motion, he is advised that the Court does not look favorably upon unsubstantiated or frivolous requests for monetary sanctions.