UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY C. THOMAS,<br><br>        Plaintiff,<br><br>    v.<br><br>MARK KUO,<br><br>        Defendants. | Case No. 1:16-cv-00524-EPG (PC)<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>(ECF No. 28)<br><br>FOURTEEN DAY DEADLINE |

      Johnny C. Thomas ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This case is proceeding on Plaintiff's claim against Defendant Kuo for deliberate indifference to serious medical needs in violation of the Eighth Amendment.

      Defendant Kuo executed a waiver of service of summons. (ECF No. 28). However, he has failed to file a responsive pleading within the time period laid out in the waiver, July 17, 2017. (Id.).

      It is now up to Plaintiff to move for default judgment. Thus far, Plaintiff has not moved for entry of default under Federal Rule of Civil Procedure 55(a), or otherwise attempted to prosecute this case since Defendant Kuo's failure to file responsive pleadings.

1

Therefore, the Court ORDERS Plaintiff to SHOW CAUSE why this case should not be dismissed for failure to prosecute. The Court notes that if Plaintiff begins going through the appropriate procedure to get a default judgment (see Fed. R. Civ. P. 55), the Court will vacate this order to show cause.

Accordingly, based on the foregoing, it is HEREBY ORDERED that within **fourteen (14) days** from the date of service of this order, Plaintiff shall show cause why this case should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: **August 9, 2017**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE