UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY C. THOMAS,<br><br>        Plaintiff,<br><br>   v.<br><br>MARK KUO,<br><br>        Defendant. | Case No. 1:16-cv-00524-DAD-EPG (PC)<br><br>ORDER FOLLOWING DISCOVERY AND STATUS CONFERENCE |

Johnny Thomas ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On April 9, 2018, the Court held a Discovery and Status Conference ("Conference"). Plaintiff telephonically appeared on his own behalf. Counsel Amie McTavish telephonically appeared on behalf of Defendant.

As stated on the record at the Conference, IT IS ORDERED that defense counsel has until May 23, 2018, to consult with her client regarding whether to have a settlement conference in this case, and to email the Court's courtroom deputy at mrooney@caed.uscourts.gov. In the email, defense counsel shall state whether Defendant wants a settlement conference, and if so, shall provide available dates. After defense counsel sends the email to the Court's courtroom deputy, she shall mail a copy of the email to Plaintiff.

IT IS SO ORDERED.

Dated:   **April 10, 2018**                 /s/ Erica P. Grosjean
                                                                     UNITED STATES MAGISTRATE JUDGE