UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY C. THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>MARK KUO,<br><br>    Defendant. | Case No. 1:16-cv-00524-DAD-EPG<br><br>ORDER SETTING HEARING ON PLAINTIFF'S MOTION TO HOLD DEFENDANT IN CONTEMPT OF COURT<br><br>(ECF No. 84) |

    The Court sets a hearing on Plaintiff's Motion for Order to Hold Defendant, Mark Kuo, in Contempt (ECF No. 84) for **August 14, 2019, at 3:00 p.m.**, in Courtroom 10 before Magistrate Judge Erica P. Grosjean. The parties shall be prepared to discuss Plaintiff's claim that Defendant has not disclosed all documents available to Defendant that are responsive to Plaintiff's May 22, 2018, Requests Number 3 and Number 4. Additionally, Defendant shall be prepared to discuss what search was performed to locate all documents responsive to Plaintiff's May 22, 2018, Requests Number 3 and Number 4.

    To appear telephonically, each party is to use the following dial-in number and passcode: Dial-in number 1-888-251-2909; Passcode 1024453. Plaintiff shall make arrangements with staff at his institution of confinement for his attendance at the hearing. Plaintiff's institution of confinement shall make Plaintiff available for the hearing at the date

and time indicated above. Prior to the hearing, defense counsel shall confirm with Plaintiff's institution of confinement that arrangements have been made for Plaintiff's attendance.

IT IS SO ORDERED.

Dated: **July 25, 2019**

/s/ Erin P. Grosjean
UNITED STATES MAGISTRATE JUDGE