Xavier Becerra, State Bar No. 118517
Attorney General of California
Catherine Woodbridge, State Bar No. 186186
Supervising Deputy Attorney General
Amie C. McTavish, State Bar No. 242372
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7663
 Fax: (916) 322-8288
 E-mail: Amie.McTavish@doj.ca.gov
*Attorneys for Defendant Dr. Kuo*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JOHNNY C. THOMAS,** | 1:16-cv-00524-DAD-EPG |
| Plaintiff, | **REQUEST FOR TELEPHONIC APPEARANCE OF CDCR REPRESENTATIVE AT SETTLEMENT CONFERENCE AND [PROPOSED] ORDER** |
| v. | |
| **J. LEWIS, et al.,** | |
| Defendants. | (Doc. 121) |

Defendant requests that California Department of Corrections representative for Defendant Dr. Kuo, Harinder Deol, be allowed to appear telephonically at the settlement conference in this matter set for August 23, 2019. The attorney for Dr. Kuo, Deputy Attorney General Amie McTavish, will appear in person.

/ / /

/ / /

/ / /

/ / /

Good cause exists for this request for the reasons set forth in the declaration of Harinder Doel, submitted herein.

Dated: August 13, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General

*/s/ Amie McTavish*
AMIE C. MCTAVISH
Deputy Attorney General
*Attorneys for Defendant Dr. Kuo*

## [~~PROPOSED~~] ORDER

Good cause appearing, Harinder Deol—the representative from the California Department of Corrections and Rehabilitation—may appear telephonically at the settlement conference in this matter set for August 23, 2019.

IT IS SO ORDERED.

Dated: **August 14, 2019**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE