# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY C. THOMAS,<br><br>               Plaintiff,<br><br>   v.<br><br>MARK KUO,<br><br>             Defendant. | 1:16-cv-00524-DAD-EPG (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF, JOHNNY C. THOMAS, CDCR # G-07361, AND HIS LEGAL PROPERTY TO TRIAL<br><br>DATE: September 24, 2019<br>TIME: 8:30 a.m.<br>COURTROOM: 5 (DAD) |

Johnny C. Thomas, inmate, CDCR #G-07361, Plaintiff in this action, a necessary and material witness on his own behalf at trial for this case on September 24, 2019, is confined at Richard J. Donovan Correctional Facility, 480 Alta Road, San Diego, CA 92179 in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before District Judge Dale A. Drozd in Courtroom #5, 7th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on September 24, 2019 at 8:30 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above to appear in United States District Court at the time and place above, and from day to day until completion of Court proceedings or as ordered by the Court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Richard J. Donovan Correctional Facility, 480 Alta Road, San Diego, CA 92179.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM



**To: The Warden of Richard J. Donovan Correctional Facility**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the Court; and thereafter to return the inmate to the above institution. **The inmate's legal property relevant to this case shall accompany the inmate to the settlement conference.**

**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **August 20, 2019**            _Dale A. Drozd_

                                         UNITED STATES DISTRICT JUDGE