# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY C. THOMAS, | Case No.: 1:16-cv-00524-DAD-EPG (PC) |
| Plaintiff, | ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE JOHNNY C. THOMAS, CDCR # G-07361 |
| v. | |
| MARK KUO, | |
| Defendant. | |

The hearing in this matter concluded on August 23, 2019. Inmate Johnny C. Thomas, CDCR # G-07361, is no longer needed by the Court as a participant in these proceedings and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **August 23, 2019**           **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE

1