UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY C. THOMAS,<br><br>            Plaintiff,<br><br>   v.<br><br>MARK KUO,<br><br>            Defendant. | Case No. 1:16-cv-00524-DAD-EPG (PC)<br><br>ORDER DENYING MOTION TO HOLD DEFENDANT IN CONTEMPT<br><br>(ECF No. 138) |

      Plaintiff, Johnny C. Thomas, is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. Before the Court is Plaintiff's motion for an order holding Defendant, Mark Kuo, in contempt. (ECF No. 138.) Plaintiff contends that Defendant did not fully comply with the Court's order setting settlement conference.

      The requirements set forth in the order setting settlement conference are intended to facilitate mediation of a case. The settlement judge proceeded with the settlement conference despite any failure of a party to fully comply with that order. The settlement judge acted within her discretion to do so. The Court does not find an order holding Defendant contempt to be warranted here. Accordingly,

\\\
\\\
\\\
\\\
\\\

1

1     **IT IS ORDERED** that Plaintiff's motion for an order holding Defendant in contempt
2 (ECF No. 138) is DENIED.
3
4 IT IS SO ORDERED.
5     Dated: **September 24, 2019**          /s/ *Erin P. Gros[ ]*
6                                                    UNITED STATES MAGISTRATE JUDGE