UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY C. THOMAS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MARK KUO,<br><br>　　　　　Defendant. | Case No. 1:16-cv-00524-DAD-EPG (PC)<br><br>ORDER DIRECTING PLAINTIFF TO NOTIFY COURT OF WILLINGNESS TO DELAY TRIAL TO ACCOMMODATE APPOINTMENT OF COUNSEL<br><br>(ECF No. 118)<br><br>FOURTEEN DAY DEADLINE |

　　　　Plaintiff, Johnny C. Thomas, is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff has requested that the Court locate and appoint *pro bono* counsel to represent Plaintiff in this case. (ECF No. 118.) The case is currently set for a jury trial to begin on December 10, 2019.

　　　　The Court has located counsel who has indicated a willingness to represent Plaintiff *pro bono*. However, this counsel is able to do so only if the current trial is continued to April 2020 or later. The Court notes that, due to an anticipated significant increase in the case load of the assigned District Court judge beginning in early 2020, the trial in this case may be subjected to additional delays beyond April 2020. Further, even if the case is not continued to April 2020 or later to accommodate the appointment of counsel, there is no guarantee that this case will go to trial on December 10, 2019, as currently scheduled.

　　　　With this information in mind, the Court directs Plaintiff to notify the Court, within

fourteen days of service of this order, whether Plaintiff is agreeable to a continuance of the jury trial in this matter to April 2020 or later for the purpose of appointing *pro bono* counsel to represent Plaintiff.

IT IS SO ORDERED.

Dated: **October 2, 2019**

/s/ Eric P. Groj

UNITED STATES MAGISTRATE JUDGE