# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY C. THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>MARK KUO,<br><br>    Defendant. | Case No. 1:16-cv-00524-DAD-EPG<br><br>ORDER CONTINUING TRIAL AND SETTING SECOND TELEPONIC TRIAL CONFIRMATION HEARING |

In light of the Order appointing pro bono counsel to represent plaintiff, Johnny C. Thomas, filed concurrently herewith, and the understanding that the appointment of counsel was conditioned on the continuance of trial to April 2020 or later (ECF Nos. 143, 145),

IT IS HEREBY ORDERED that:

1. The jury trial, currently set for December 10, 2019, is continued to **May 5, 2020, at 1:00 p.m.**, in Courtroom 5 (DAD) before District Judge Dale A. Drozd;

2. A second telephonic trial confirmation hearing is set for **March 2, 2020, at 1:30 p.m.** before District Judge Dale A. Drozd. To participate telephonically, dial into the conference at 877-402-9757, using access code 6966236. Defense Counsel will notify the prison litigation coordinator who will dial into the conference for the plaintiff. Use of any feature(s) that may have an impact upon the quality of voice transmission (such as speakerphones, headsets, etc.) are prohibited; use of a land line or hand-held cell phone is

required.

3. The Clerk of the Court is directed to serve a copy of this order on Chijioke O. Ikonte, Akudinobi & Ikonte, 3435 Wilshire Blvd., Suite 1520, Los Angeles, CA 90010.

IT IS SO ORDERED.

Dated: __**October 17, 2019**__   /s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE