UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY C. THOMAS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MARK KUO,<br><br>　　　　　Defendants. | Case No. 1:16-cv-00524-DAD-EPG (PC)<br><br>ORDER DIRECTING PARTIES TO PROVIDE SUPPLEMENTAL BRIEFING REGARDING PLAINTIFF'S MOTION FOR ATTENDANCE OF AN INCARCERATED WITNESS<br><br>(ECF No. 93) |

　　　　Plaintiff, Johnny C. Thomas, is a state prisoner proceeding *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. Before the Court is Plaintiff's Motion for the Attendance of Incarcerated Witnesses, seeking attendance at trial of incarcerated witness Hiram Summers, CDCR #K610052. (ECF No. 93.) Defendant has opposed the motion. (ECF No. 95.)

　　　　At the time Plaintiff filed the motion, he was proceeding in this action *pro se*. Since then, in October 2019, the Court appointed pro bono counsel to represent Plaintiff for trial. (ECF No. 146.) Trial is currently set for May 5, 2020. (ECF No. 147.)

　　　　In light of the appointment of counsel to represent Plaintiff, and to assist the Court in addressing the pending motion, the Court directs the parties to submit, by January 10, 2020, supplemental briefing regarding the motion as follows:

1

Plaintiff shall address in his supplemental briefing (1) whether Plaintiff still seeks attendance of incarcerated witness Hiram Summers, and (2) Defendant's objection that the proposed testimony from the incarcerated witness is inadmissible hearsay (*see* ECF No. 95).

Defendant shall address in his supplemental briefing whether arrangements can be made to have Mr. Summers testify at trial via video conference.

IT IS SO ORDERED.

Dated: **December 3, 2019**

/s/ Erin P. Grosjean
UNITED STATES MAGISTRATE JUDGE