UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY C. THOMAS,<br><br>                                  Plaintiff,<br><br>           v.<br><br>MARK KUO,<br><br>                                  Defendant. | Case No. 1:16-cv-00524-ADA-EPG (PC)<br><br>ORDER REQUIRING PLAINTIFF'S COUNSEL TO PROVIDE UPDATED INFORMATION FOR WITNESS HIRAM SUMMERS OR TO NOTIFY THE COURT THAT A WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS NOT NECESSARY TO SECURE THIS WITNESS'S ATTENDANCE AT TRIAL<br><br>ORDER REQUIRING DEFENSE COUNSEL TO NOTIFY COURT WHETHER A WRIT OF HABEAS CORPUS AD TESTIFICANDUM WILL BE NECESSARY TO SECURE PLAINTIFF'S ATTENDANCE AT TRIAL<br><br>FOURTEEN-DAY DEADLINE |

Plaintiff, Johnny C. Thomas, is a state prisoner proceeding *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.

On January 31, 2020, the Court granted Plaintiff's motion for the attendance of incarcerated witnesses, and informed the parties that, "[a]pproximately one month before the trial the Court will issue [a] writ[] of habeas corpus ad testificandum to have Mr. Hiram Summers [CDCR #K61052] brought to the court to testify at the trial." (ECF No. 154, p. 4). The trial is now set for November 22, 2022, at 8:30 a.m. (ECF No. 179). Given the length of time between when the

1

Court granted the motion for the attendance of incarcerated witnesses and the date of the trial, and that the Court was unable to locate an inmate with CDCR #K61052 on the California Department of Corrections and Rehabilitation's Inmate Locator,[1] the Court will give Plaintiff's counsel fourteen days to provide updated information for Hiram Summers or to file a notice stating that a writ of habeas corpus ad testificandum is not necessary to secure this witness's attendance at the trial.

Additionally, on May 17, 2022, Plaintiff's counsel informed the Court that Plaintiff "has been paroled." (ECF No. 173). Given this, the Court will give Plaintiff's counsel fourteen days to notify the Court whether a writ of habeas corpus ad testificandum will be necessary to secure Plaintiff's attendance at the trial.

Accordingly, IT IS ORDERED that Plaintiff's counsel has fourteen days from the date of service of this order to:

1. Provide updated information for Hiram Summers or a notice stating that a writ of habeas corpus ad testificandum is not necessary to secure this witness's attendance at the trial; and
2. Notify the Court whether a writ of habeas corpus ad testificandum will be necessary to secure Plaintiff's attendance at the trial.

IT IS SO ORDERED.

Dated: **September 9, 2022**          /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] https://inmatelocator.cdcr.ca.gov/search.aspx (last visited September 9, 2022).