UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY C. THOMAS,<br><br>                          Plaintiff,<br><br>   v.<br><br>MARK KUO,<br><br>                          Defendant. | Case No. 1:16-cv-00524-ADA-EPG (PC)<br><br>ORDER RE: WRITS FOR INMATE WITNESSES<br><br>(ECF No. 181) |

    Plaintiff, Johnny C. Thomas, is a state prisoner (or former state prisoner) proceeding *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On September 12, 2022, the Court issued an order giving Plaintiff's counsel fourteen days to "1. Provide updated information for Hiram Summers or a notice stating that a writ of habeas corpus ad testificandum is not necessary to secure this witness's attendance at the trial; and 2. Notify the Court whether a writ of habeas corpus ad testificandum will be necessary to secure Plaintiff's attendance at the trial." (ECF No. 181, p. 2). This fourteen-day deadline has passed, and Plaintiff's counsel failed to respond to the Court's order.

    Given Plaintiff's counsel's failure to respond to the Court's order, the Court will not issue a writ to secure the attendance of either Johnny Thomas or Hiram Summers at the trial, which is

1

currently set for November 22, 2022.[1]

IT IS SO ORDERED.

Dated:  **October 6, 2022**         /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Nothing in this order prevents Plaintiff or Hiram Summers from testifying voluntarily at the trial or prevents Plaintiff's counsel from issuing a subpoena to Hiram Summers.