

APR 12 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

JOHNNY C. THOMAS,

        Plaintiff,

vs.

MARK KUO,

        Defendant.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:16-cv-00524 ADA EPG (PC)

        JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

        IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT BE ENTERED IN FAVOR OF DEFENDANT MARK KUO against PLAINTIFF JOHNNY C. THOMAS.

DATED:  April 12, 2023

        KEITH HOLLAND, Clerk

By: _____
        Deputy Clerk
        M. Hernandez